UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,        Case No.  1:11-cr-259

v.              HON. JANET T. NEFF

JAMES ANDREW KOHN,

   Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

   The Court has reviewed the Report and Recommendation filed March 12, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

   THEREFORE, IT IS ORDERED that:

   1. The Report and Recommendation of the Magistrate Judge (Dkt 29) is APPROVED and ADOPTED as the opinion of the Court.

   2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Indictment.

   3. The written plea agreement is hereby continued under advisement pending sentencing.

Date: March 30, 2012      /s/ Janet T. Neff_____
             JANET T. NEFF
             United States District Judge